```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 02199
   KIM B JOHNSON SR
   ELLISA JOHNSON                             CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9657     SSN XXX-XX-1436

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/08/2007 and was confirmed 06/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  85.00%.

     The case was dismissed after confirmation 04/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED VEHIC      5000.00         417.60       1128.75
CITIFINANCIAL AUTO CREDI  UNSECURED          2372.87            .00           .00
DEUTSCHE BANK NATIONAL T  CURRENT MORTG          .00            .00           .00
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE      6813.69            .00       6813.69
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED            .00           .00
INTERNAL REVENUE SERVICE  PRIORITY           6950.95            .00       6252.96
ARNOLD SCOTT HARRIS       UNSECURED        NOT FILED            .00           .00
ASSOC INVESTMENT CORP     UNSECURED        NOT FILED            .00           .00
PRESBYTERIAN HOSPITAL     UNSECURED        NOT FILED            .00           .00
BANCFIRST                 UNSECURED        NOT FILED            .00           .00
AT&T                      UNSECURED        NOT FILED            .00           .00
CAPITAL ONE               UNSECURED          7643.56            .00           .00
SYNERGETIC                NOTICE ONLY      NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         15361.64            .00           .00
CACV OF COLORADO LLC      UNSECURED        NOT FILED            .00           .00
NATIONAL ASSET RECOVERY   NOTICE ONLY      NOT FILED            .00           .00
ORLAND PARK DENTAL        UNSECURED        NOT FILED            .00           .00
OBERWEIS DAIRY            UNSECURED        NOT FILED            .00           .00
ST JAMES RADIOLOGISTS     UNSECURED        NOT FILED            .00           .00
DENTAL GROUP              UNSECURED        NOT FILED            .00           .00
ENCORE RECEIVABLE MANAGE  UNSECURED        NOT FILED            .00           .00
HALL & ASSOCIATES         UNSECURED        NOT FILED            .00           .00
HBLC                      UNSECURED        NOT FILED            .00           .00
JENNIFER L MCALLISTER &   NOTICE ONLY      NOT FILED            .00           .00
HOMEWOOD FLOSSMOOR RACQU  UNSECURED        NOT FILED            .00           .00
ROUNDUP FUNDING LLC       UNSECURED         15272.87            .00           .00
TRANS/ACB                 NOTICE ONLY      NOT FILED            .00           .00
ECAST SETTLEMENT CORP     UNSECURED           501.53            .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        NOT FILED            .00           .00
MONEY CONTROL             UNSECURED        NOT FILED            .00           .00
UNIVERSITY HEALTH PARTNE  UNSECURED        NOT FILED            .00           .00
NICOR GAS                 UNSECURED           546.61            .00           .00
```

```
OK HWY CU                   UNSECURED        NOT FILED            .00             .00
PRESIDIO/CM                 UNSECURED        NOT FILED            .00             .00
PROVIDIAN                   UNSECURED        NOT FILED            .00             .00
INTERNAL REVENUE SERVICE    UNSECURED         37766.51            .00             .00
INTERNAL REVENUE SERVICE    SECURED           22000.00            .00        3666.70
OSI COLLECTIONS             UNSECURED           114.47            .00             .00
CAPITAL ONE                 UNSECURED          1337.84            .00             .00
EPN INC                     UNSECURED           231.72            .00             .00
ROUNDUP FUNDING LLC         UNSECURED           646.00            .00             .00
BUFFINGTON & ASSOCIATES     DEBTOR ATTY       2,095.00                       2,095.00
TOM VAUGHN                  TRUSTEE                                          1,488.30
DEBTOR REFUND               REFUND                                           1,200.00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE            23,063.00

PRIORITY                                  6,252.96
SECURED                                  11,609.14
    INTEREST                                417.60
UNSECURED                                      .00
ADMINISTRATIVE                            2,095.00
TRUSTEE COMPENSATION                      1,488.30
DEBTOR REFUND                             1,200.00
                   ---------------       ---------------
TOTALS             23,063.00             23,063.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                           /s/ Tom Vaughn
    Dated: 07/22/08        _____
                           TOM VAUGHN
                           CHAPTER 13 TRUSTEE




                           PAGE   2
        CASE NO. 07 B 02199 KIM B JOHNSON SR & ELLISA JOHNSON